DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE LUIS CEDENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>JOSE LUIS CEDENO,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 1:06cr-00102 LJO<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; AND ORDER THEREON<br><br>Date:  August 24, 2007<br>Time:  9:00 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

     **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

respective attorneys of record herein, that the change of plea hearing in the above captioned matter now

scheduled for August 3, 2007, may be continued to August 24, 2007 at 9:00 a.m.

     This continuance is requested to allow the parties necessary time to obtain information from out-

of-state for the purpose of finalizing a written plea agreement in this matter.  Both parties believe it

necessary to obtain the out-of-state information before a final plea agreement can be prepared and signed.

The additional time is necessary for that reason, and will conserve time and resources for both counsel and

the court.

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

3    3161(h)(8)(B)(i) and (iv).

4                                                            McGREGOR M. SCOTT
                                                             United States Attorney
5

6    DATED: August 1, 2007                    By  /s/  Mark J. McKeon
                                                             MARK J. McKEON
7                                                            Assistant United States Attorney
                                                             Attorney for Plaintiff
8

9                                                            DANIEL J. BRODERICK
                                                             Federal Defender
10

11   DATED: August 1, 2007                    By  /s/ Marc Days
                                                             MARC DAYS
12                                                           Assistant Federal Defender
                                                             Attorney for Defendant
13                                                           JOSE LUIS CEDENO

14

15                                   **ORDER**

16       **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

17   3161(h)(8)(B)(i) and (iv).

18       DATED:  August ___1___, 2007

19                                                            /s/ LAWRENCE J. O'NEILL
                                                             LAWRENCE J. O'NEILL, Judge
20                                                           United States District Court
                                                             Eastern District of California
21

22

23

24

25

26

27

28   Stipulation to Continue Change of Plea
     Hearing; and [Proposed] Order Thereon          2