DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE LUIS CEDENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06cr-00102 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER |
| v. | ) ) | |
| JOSE LUIS CEDENO, | ) ) | Date:  December 14, 2007 Time:  9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for November 9, 2007, **may be continued to December 14 at 9:00 A.M.**

A plea agreement has been signed and filed with the court in this matter.  This stipulation is requested by Counsel for Defendant to obtain information related to a 1986 conviction out of Alaska cited in the Presentence Investigation Report.  Once the information has been received, counsel will need time for review and consultation with defendant, to prepare for sentencing and to prepare any appropriate sentencing objections and/or sentencing memorandum on his behalf.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that time exclusion is not necessary because this is a sentencing hearing, but that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: October 31, 2007     By  /s/ Mark J. McKeon
MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: October 31, 2007     By /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
JOSE LUIS CEDENO

## ORDER

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: October  31 , 2007

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL, Judge
United States District Court
Eastern District of California

Stipulation to Continue Sentencing Hearing; [Proposed] Order                2